PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sebastian Grimaldi                                Cr.: 359-01

Name of Sentencing Judicial Officer: Stanley R. Chesler

Date of Original Sentence: 03/03/06

Original Offense: Misuse of a Passport

Original Sentence: 1 year probation ,50 hours of community service

Type of Supervision: Probation              Date Supervision Commenced: 03/03/06

Assistant U.S. Attorney: To be assigned              Defense Attorney: To be assigned

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons, to be held in abeyance.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' On December 5, 2006, detectives from the 10th precinct of the New York City Police Department arrested the offender, and charged him with grand larceny in the fourth degree, and identity theft in the second degree. According to the police, on October 11, 2006, while at the victim's residence at 231 West 19 Street, New York, New York, the offender gained access to credit and debit cards, which he later used to make various purchases in the amount of $655.49. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Karl A. Wallace
U.S. Probation Officer
Date: 02/27/07

PROB 12C - Page 2
Sebastian Grimaldi

THE COURT ORDERS:

[X] The Issuance of a Summons. To be Held in Abeyance.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3/6/07
_____
Date